IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RAYMOND SIPPEL,<br><br>               Plaintiff,<br><br>    v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>               Defendant. | Civil No. 18-9662 (NLH/AMD) |

**SCHEDULING ORDER IN AN ARBITRATION CASE**

      This Scheduling Order confirms the directives given to counsel during the telephone status conference held on October 30, 2018; and the Court noting the following appearances: Mario Barnabei, Esquire, and Timothy J. Abeel, Jr., Esquire, appearing on behalf of the Plaintiff; and C. Brian Kornbrek, Esquire, appearing on behalf of the Defendant; and good cause appearing for the entry of the within Order:

      IT IS on this **30th** day of **October 2018**, hereby **ORDERED**:

      1. The Court will conduct a telephone status conference on **April 25, 2019 at 11:00 A.M.** Counsel for Plaintiff shall initiate the telephone call.

      2. The parties shall reserve their rights to conduct depositions of proposed expert witnesses until after the arbitration process or by leave of the Court to be sought via conference call application.

      3. **Dispositive Motions**. The parties shall reserve their rights to file dispositive motions until after the arbitration process or by leave of the Court to be sought via conference call application.

      4. **Arbitration**. This case will be scheduled for arbitration pursuant to L. Civ. R. 201.1. The Clerk will advise

counsel of the time and place of arbitration. By copy of this Order, the Clerk will be requested to schedule the arbitration for a date in **May 2019**.

     5. **Joint Final Pretrial Order**. If counsel petitions for a trial *de novo* after arbitration, the date for submission of the Joint Final Pretrial Order will be scheduled and the date for trial will be set.

     6. All other provisions of the Court's Order of July 11, 2018 shall remain in effect.

     7. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

     **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                               s/ Ann Marie Donio
                                               ANN MARIE DONIO
                                               UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman
    James Quinlan, Arbitration Clerk