```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| RAYMOND SIPPEL,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>    Defendant. | Civil No. 18-9662 (NLH/AMD) |

### SCHEDULING ORDER IN AN ARBITRATION CASE

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on April 25, 2019; and the Court noting the following appearances: Mario Barnabei, Esquire, and Timothy J. Abeel, Jr., Esquire, appearing on behalf of the Plaintiff; and C. Brian Kornbrek, Esquire, appearing on behalf of the Defendant; and good cause appearing for the entry of the within Order:

IT IS on this **25th** day of **April 2019**, hereby **ORDERED**:

1. As set forth on the record, Defendant's expert reports shall be served by no later than **June 28, 2019**.

2. The parties shall reserve their rights to conduct depositions of proposed expert witnesses until after the arbitration process or by leave of the Court to be sought via conference call application.

3. **Dispositive Motions**. The parties shall reserve their rights to file dispositive motions until after the arbitration process or by leave of the Court to be sought via conference call application.

4. **Arbitration**. This case will be scheduled for arbitration pursuant to L. Civ. R. 201.1. The Clerk will advise counsel of the time and place of arbitration. By copy of this

Order, the Clerk will be requested to schedule the arbitration for a date in **July 2019**.

5. **Joint Final Pretrial Order**. If counsel petitions for a trial *de novo* after arbitration, the date for submission of the Joint Final Pretrial Order will be scheduled and the date for trial will be set.

6. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER Fed. R. Civ. P. 16(f).**

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman
    James Quinlan, Arbitration Clerk