UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RAYMOND SIPPEL

vs.

AMERICAN HONDA MOTOR
COMPANY, INC.

Civil Action No.: 18-9662

DEMAND FOR TRIAL DE NOVO

Notice is hereby given that Plaintiff, Raymond Sippel, appeals from the award of the Panel of Arbitrators entered on October 23, 2019, a copy of which is attached hereto.

The following persons entered an appearance in the proceeding:

Anthony DiUlio, Esquire
Wheeler, DiUlio & Barnabei
1617 JFK Blvd., Suite 1270
Philadelphia, PA 19103
*Attorney for Plaintiff*

C. Brian Kornbrek, Esquire
Greenbaum Rowe Smith Davis, LLP
75 Livingston Avenue, Suite 301
Roseland, NJ 07068
*Attorney for Defendant*

WHEELER, DIULIO & BARNABEI

BY: _____
ANTHONY DIULIO, ESQUIRE
Attorney I.D. No.: 312763
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
(215) 568-2900
*Attorney for Plaintiff*

Dated: November 22, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019 I electronically filed the foregoing Demand for Trial de novo with the Clerk of the Court using the ECF system which sent notification of such filing to the following: C. Brian Kornbrek, Esquire, whose firm is a registered participant with the system.

                                                WHEELER, DIULIO & BARNABEI

BY: _____
                                  ANTHONY DIULIO, ESQUIRE
                                  Attorney I.D. No.: 1312763
                                  One Penn Center - Suite 1270
                                  1617 JFK Boulevard
                                  Philadelphia, PA 19103
                                  (215) 568-2900
                                  *Attorney for Plaintiff*

Date: November 22, 2019