```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| RAYMOND SIPPEL,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERICAN HONDA MOTOR CO.,<br>INC.,<br><br>              Defendant. | Civil No. 18-9662 (NLH/AMD) |

## SCHEDULING ORDER

       This matter having come before the Court as a result of a demand for trial de *novo*, filed on November 26, 2019 by counsel for Plaintiff; and it appearing to the Court that the parties reserved their rights to conduct depositions of proposed expert witnesses and reserved their rights to file dispositive motions after the arbitration process; and for good cause shown:

       **IT IS** on this **22nd** day of **January 2020**, hereby **ORDERED**:

       1. Depositions of proposed expert witnesses shall be concluded by **February 28, 2020**.

       2. The Court will conduct a Settlement Conference on **March 4, 2020 at 10:00 A.M.** Clients with settlement authority shall appear in person. Counsel shall exchange and submit settlement memoranda at least one week prior to the conference.

       3. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **March 13, 2020**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. Civ. R. 7.1(c), (d) and (e), 56.1 and 78.1 (Motion Practice – Generally).

       4. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to the expiration of the period sought to be extended, and shall disclose in the application all

such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman